UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdelhafid Missouri
1833 S Street NW #3
Washington DC 20009
(202) 758-7944

CIVIL ACTION NO.

VS.

Rex W. Tillerson Secretary of State
2201 C Street, NW
Washington, D.C. 20520

**Case: 1:17–cv–01878   (H Deck)**
**Assigned To : Contreras, Rudolph**
**Assign. Date : 9/13/2017**
**Description: Employment Discrim.**

COMPLAINT

I am suing the US Department of State Rex W. Tillerson for employment discrimination against me. I have been working as a contract Arabic interpreter for the US Department of State Language Services Division since 2010 till now. But in 2017, when I received my FOIA information which I requested because my Secret Clearance application was withdrawn in 2015, Language Services did not follow the right procedure to explain to me the reason behind the withdrawal. When I received my FOIA information, I learned that my assigning officer Marta Scaringi was mentioned in the report by the Diplomatic Security clearance investigator to have said she did not approve of me working in a national security position, because ECA (Educational and Cultural Affairs) Management had told mer I was involved in some incidents. ECA did not follow proper procedure when they asked her not to assign me to their IVLP programs. Yet, LS continued to use my services in other programs. Without informing me of whatever they had against me, they kept out of the IVLP program for about 3 years, even though this program was the main source of income for me. Before Marta Scaringi left LS by the end of May 2017, she mentioned to me the names of IVLP Management who, she said, did not want me in their program. When Marta called me to the office to explain what happened on two occasions, I explained to her these people have nothing against me and that they are just coming up with excuses to sideline me. However, procedure was not followed when they did not formally state their claim against me. They just

RECEIVED

SEP 1 3 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

went ahead and completely threw me in the dark. I had no idea that the IVLP Management had in fact told LS that they did not want me in their program. I learned only through FOIA information in 2017 that the basis for the withdrawal of my Secret Clearance Application were the statements supposedly made by Marta Scaringi to the Diplomatic Security clearance investigator that she did not approve of me working in a national security position. But when I submitted a Request to DS to Amend Information about me, Diplomatic Security contacted LS and Human Resources for clarification of the statements in my record, LS assigning officer Marta Scaringi submitted a letter recommending me to a national security position and commended my professionalism and skill as a professor and linguist. ECA also wrote me a letter of recommendation stating that I am an interpreter in good standing with them. This contradicts their earlier treatment of me and discriminatory practices against me on the basis of false claims in the confines of their offices.

I have worked so hard and I am a person of a good moral character. But the decision by whoever in LS, ECA, and HR to marginalize me and keep me out of the IVLP program for 3 years has caused me so much pain and anguish and loss of my main source of income. The pain especially came from not knowing why. If they had followed the proper procedure and abstained from making false statements about me, I would have fought the claims back then. But it is only the information that obtained in my FOIA file that revealed to me the bias and the discrimination against me. I am, as a result of these difficult experiences, feeling that I am working in a hostile environments where people accuse one of things he has not done, and on that basis, without going through the legal channels and the proper procedure, to discredit you and use the false claims to justify their action to deny you work. There is a network of interpreters who make false claims to sideline their competitors. ECA, LS, and HR should have informed me through the proper procedure of the any claim against me. They should also have mentioned in the record my responses to any claims. I am attaching a narrative of the hostile environment I have been in since ECA reportedly told LS that I am not to be assigned to their IVLP

programs anymore, even though they now are saying they have nothing against me, after the Division chief left ECA.

I am asking that the US Department of State LS, ECA, and HR should cease treating me with hostility, that all the individuals involved in my pain be questioned, that network of interpreters who make false reports against others to the US Department of State be questioned and that I be done justice of removing any derogatory information that has not been investigated through the proper channels be removed from my file, that my secret clearance application be reviewed in light on the corrections, and that I be offered compensation for the years I lost work because of false claims and not following the proper channels of resolving issues that rise.

1833 S Street NW #3

Washington, D.C. 20009



United States Department of State
*Office of Civil Rights*
Washington, DC 20520-7428

June 13, 2017

Abdelhafid Missouri
1833 S St. NW, #3
Washington, DC 20009

RE: EEO Case Number: DOS-0144-17

Dear Mr. Missouri:

This is to advise you that, pursuant to 29 C.F.R. § 1614, *et seq.*, this comprises the Department of State's Final Agency Decision dismissing, in its entirety, your formal complaint of discrimination on the bases of race, national origin, and religion. Specifically, you allege the following:

## DISMISSED

Because of your race (Moroccan), national origin (unspecified), and religion (Muslim), you were discriminated against when:

1. In 2015, your security clearance upgrade investigation was withdrawn; and

2. As recently as 2016, you were subjected to a hostile work environment, characterized by, but not limited to false and inappropriate comments.

Pursuant to 29 C.F.R. § 1614.105(a)(1), a complainant must bring the alleged matter to the attention of an EEO Counselor within 45 calendar days from the date of the matter alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the action. The provisions of 29 C.F.R. § 1614.107(a)(2) state that the agency shall dismiss a claim that fails to comply with the applicable time limits contained in 1614.105. *See* Wilson v. West, Secretary, Department of Veterans Affairs, EEOC No. 05970497 (June 4, 1999).

4

(c) Within 90 days after receipt of the Commission's final decision on an appeal; or

(d) After 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission.

The filing of a civil action will terminate further administrative processing of the complaint. If you file a private suit subsequent to filing an appeal, you must notify the EEOC in writing. Any suit filed must name the proper defendant. The proper defendant for a complaint filed against the Department of State is Rex W. Tillerson, Secretary of State.

If you need information or assistance at any stage of the processing of your complaint, please contact Claudette Rhone, the EEO Specialist assigned to your case, or Glenn Budd, Chief, Intake and Resolution section, at (202) 647- 9295.

Sincerely,

Pamela J. Britton
Attorney-Adviser

Attachments: As stated.
Enclosure: EEOC Form 573, Notice of Appeal/Petition

(6698 unread) missourihafid@yahoo.com - Yahoo Mail

🔍 All ▾    Abdelhafid Missouri, search your mailb     Search Mail    Search Web    🏠 Home   👤 Abdelhafid   ⚙

✏ Compose

◀ ◀◀ ▶   🗄 Archive   📁 Move ▾   🗑 Delete   🛡 Spam ▾   •••   Collapse All   ⬆ ⬇ ✕

**Inbox (6698)**

Drafts (174)

Sent

Archive

**Spam (990)**

Trash

> Smart Views

∨ Folders

   Notes

> Recent

※ Sponsored

**StantonDaily**
Fairuza Balk Just Turned 43
And Is Unrecognizable

## Asking Help on Discrimination (3)



**Abdelhafid Missouri**   Subject: Asking Help on Potential Discrimination    📎 Sep 11 at 11:37 AM

**Abdelhafid Missouri**   *Dear Sir, My complaint was dismissed. What is m*    📎 Today at 12:46 PM

**OFO EEOC** <OFO.EEOC@EEOC.GOV>      Today at 1:52 PM
To Abdelhafid Missouri

Mr. Missouri,

*If you received a final agency decision dismissing your EEO complaint, you should have been provided with appeal rights to our office. The regulations provide that you may file an appeal within 30 days of receipt of the final action by the Agency. You may file an appeal with our office by regular mail to PO Box 77960, Washington, DC 20013, or by certified mail to 131 M Street, NE, Washington, DC 20507, or by fax (if no more than 10 pages long) to (202)663-7022 or (202)663-7008, or by email to this address. You should attach a copy of the Agency's final action and/or the AJ's decision. The regulations provide that you should send a copy of the appeal to the Agency.*

*In the alternative, you have the right to file a civil action in the appropriate US District Court within 90 days of receipt of the final action if no appeal has been filed with this office.*

*If you have further questions you can call the EEOC Call Center at 1-800-669-4000 or send your inquiry to this email address.*

*To get more information about the EEO Complaint Process, please visit our website at:*
*http://www.eeoc.gov/federal/fed_employees/index.cfm*

Attorney of the Day
Office of Federal Operations
EEOC

> \> \> Abdelhafid Missouri <missourihafid@yahoo.com> 9/12/2017 12:46 PM > > >

> Show original message

◀ Reply    ◀◀ Reply to All    ➡ Forward    ••• More

Click to Reply, Reply All or Forward

Send    📎▾ 🖼 Tt B I 🅰 ☰ ⁺☰ ☰ 🔗 ☺ ≪ 🗑

**5- Explain specifically how you were discriminated against:**

My name is Abdelhafid Missouri. I am a US citizen originally from Morocco. I have been working as a contractor for the US Department of State Language Services Department as a seminar and conference interpreter since 2010. I am proud of the work I have done of the country. But a group of people are making my life difficult, harassing me, and portraying me as a bad person.

It all started in May-June 2012. Language Services has assigned me and a colleague ,Heba Kahler, to be the interpreters for a 21-day IVLP program which took us to Washington DC, New Orleans, Salt Lake City, and Minnesota. Heba Kahler rejected me from the very beginning of the program and did not want to work with me. She was constantly telling me her husband works for the government, that she will join the foreign service, and sought non-stop to embitter the visitors against me. This program was so difficult for me, because she never talked to me when the visitors were around, thus creating the perception that I was not dependable. I felt so bad during this program because I felt I was not appreciated for the great effort I was making.

<u>In Salt lake City in the week of June 2-12, 2012</u>, as I was doing my work so proudly and catering to our Egyptian visitors, I wanted to introduce a lady with the name Hayley Kanlyn to the group. She worked then for Graduate School (a non-profit NGO that administers some IVLP programs for the US Department of State, Educational and Cultural Affairs Bureau. The reception was in a large hall and I wanted our visitors to socialize. The hall was buzzing with people, including many from the US Department of State and many NPAs, (National Program Agencies). I walked towards Haley Kanlyn and told her I would like to introduce her to the visitors and that they would want to talk to her. So she walked a few steps towards the visitors with me and all of a sudden burst at me, asking me to be professional. I did not know what had befallen me at that moment. All I could do was be silent. I knew she had been incited against me. At that very time, the key note speaker at the National Council of International Visitors' Western Regional Conference, which took place at the Red B..... ....d Butte Garden, was saying

through the loud speaker: "where he got this name from?". My name is Abdelhafid Missouri, a Muslim Arab. My report to ECA-IVLP division tells some aspects of my pain with my colleague during this program. I felt so bad at this culture of gang-up, where one Arab and Muslim is made into a villain in Salt Lake City. I did absolutely nothing wrong. They did me wrong, by introducing me to this whirlwind where I have had to explain, once back in Washington DC at the US Department of State-Language Services,  portrayals of me that have nothing whatsoever to do with who I am as a person.

I have suffered since then emotionally because of this gang-up perception of me, which has continued up to now.

**Then in September 21st, 2013**, during the opening ceremony of yet another IVLP program at Meridian International Center for a delegation from the Palestine Liberation Organization, I was targeted by Mr. Taoufik Ammar, an interpreter assigned to the program by the US Department of State Language Services and a partner in a company that provides services to the US Department of State. Mr. T, as he calls himself, ran Meridian and ran the whole show, as though he were not only an interpreter. He led Meridian and ECA on that day. I was confused and shocked. The day before, he had got in touch over the phone with ECA program officer Mr. Joshua Kreizer  and painted me as a person who had said to one of the female visitors that I have a two-bedroom house and that I invited her to the hotel bar. In fact, I have been so confused ever since that I do not even know what the allegations are. That day of the opening ceremony at Meridian International, as I was sitting around the table for the launch of the program, Mr. T went out of the room and then came back in to tell me that Mr. Joshua Kreiser would like to talk to me. I stepped outside. With Mr. T running the show, I was told that one of the visitors, who did not want to talk, had said that I had said to her during a discussion at Meridian that I had a two-bedroom apartment and that I had invited her to the bar of the hotel! I was shocked beyond belief. Mr. T was at it, trying to sideline the competitors again, as usual, with his network and close favorites. This guy has been in the business for so long that he monopolizes work

for LS and chooses who to work with. I felt bad that the visitor was not saying a word, and that instead, Mr. T was running the show and maliciously doing me much harm, especially that I am, with the confirmation of LS staff themselves, one of the best conference and seminar interpreters of the US Department of State.

During this 'twisted' incident, I was not asked my opinion on the issue. When Mr. Joshua Kreiser finished talking over the phone with the IVLP Division chiefs, he told me: "you do not have to say anything", and then put me on the phone for less than a minute, where IVLP staff simply told me: "you will be switched from this program called "American Studies: a Project for the Palestinian Territories", to another one called "Regional Approaches to Refugee Challenges: a Project from the Near East". Mr. T suddenly had with him one of his favorite interpreters Mr. Ridha Krizi, a fellow Tunisian-American he so much likes to work with. Meridian Center Senior Vice President for Professional Exchanges Division Susan Cabiati was speechless. She then told me that it was great for her to work with me! She too was in disbelief, a feeling she confirmed to me later on during the 2015 Global Ties US Annual Meeting held in Washington DC.

I wish I was given the opportunity to explain to speak to IVLP chiefs who took the decision to get rid of me, as though I was a piece of rottenness or a nuisance. I should have been reached to by Ms. Colleen Fleming, the IVLP Chief for the Near East, North Africa, South and Central Asia Branch and others who just decided that they wanted me no more and did it without regard for the procedures of human professionalism, decency and respect. I was never given the opportunity to respond. I was never emailed with regard to the allegations. Nobody ever told me anything. Still, they whimsically proceeded to cutting me without much of a pause. and I wish the visitor was allowed to talk in front of me. I am sure misunderstandings happen and are easily resolved and explained when one is given a chance to do so. But the interest is not in resolution as much as it is in damaging the other through fabrications and manipulation of the other.

I am sure the goal of such incidents is not the success of our IVLP programs but the expulsion of the likes of me as a rival  and monopoly of work, awards, and

contracts. Mr. T received an award of Excellence at Global Ties US Annual Conference in Washington DC that same year.

As a result of this incident, ECA-IVLP cut me for about 3 years. I was given no assignments as an IVLP interpreter from October 2013, through 2014, 2015, and most of 2016. My income fell sharply. I suffered economically and emotionally, went through periods of extreme depression, lost trust in justice, and thought of leaving the country.

Though LS did not assign me to ECA-IVLP programs, my contract was still active and I was assigned to other programs and to conference level assignments.

__In 2015__, considering my ability and skill, LS sought to upgrade my clearance to Secret. I went through the process of submitting the requested information on SF-86. After much wait, I received the sad news that my secret clearance had been withdrawn. I was very disappointed and still terribly am. I asked who did and why. LS staff who initiated my application told me it was HR. HR never told me anything. There has been absolutely no way for me to get in touch with them. Also, the two staff who initiated the Secret Clearance application process were not working in this office anymore. One of them quit LS or was made to leave. So, I got in touch with Diplomatic Security through email to know what happened and they told me that it was HR that cancelled my application and that it most probably was so that I continue to work for LS with my public trust.

I was shocked. I have done a great job at my work for this country. I have never done anything wrong or unprofessional. My record is clean, and my character is good. Hurt, I got in touch with LS and was sent a link to file a FOIA request. I waited for the results since I filed it by the end of 2015, but to no avail. So I inquired and was told no record of a FOIA request existed. I filed a request again. A few months later In 2016, I received my FOIA file. It transpired that my seminar assigning officer Marta Scaringi, whom I had mentioned as a reference on my 2015 sf-86 application, had told the investigator that I had been involved in

two incidents and that she did not recommend me for a national security position!

It is such a perception that kills one's career goals. They have built an image about me. They have fabricated a perception about the other. I also learnt a couple of weeks ago that my seminar assigning officer Marta Scaringi is retiring from LS a week from now, on April 28th, 2017. Yet, she has addressed the issue recently and told me she has just filled out a form sent to her by OPM for a job and that she had corrected her previous statements about me and that she has recommended me for the job on the basis of good performance and character.

LS and HR knew I had filed a FOIA request. I was trying to get to the truth. But in **August 11/7/2016**, I received an email from Pamela Britton, a US Department of State Attorney-Advisor in which she informed me that she was conducting an administrative inquiry into a possible sexual harassment by a US Department of State employee I was working with during an August 2016 conference assignment in Georgia, USA, and that she needed to interview me as a possible witness. She sent me the email at night and wished to interview me the very next day. Because of my commitment to assist the US Department of State' Office of Civil Rights, I agreed to be interviewed a few days later. I felt she was rushing me before and during the interview and manipulating language to incriminate me. I told her you said that I was not the subject of the investigation, even as she kept talking to me at times in the second person "you", instead of in the third person "he". I informed her of that and added that I feel rushed and targeted in person. She responded by saying that it was HR that had assigned her to do this job and that she had to do it.

Committed to serving justice, I answered all her questions and said that I had seen nothing and that the accusing female and the accused guy were both nice during the dinner we had together at the conclusion of the program, that I did not see any touching and no advances, and that there was absolutely no hugging on my part, which was my answer to a question in the body of the text. Then she sent me a written statement of what she said I had said during the interview. I

talked to her later on and said to her that because I feel rushed and not comfortable, she should never talk to me directly or ask that I be alone for any interviews. I insisted in an email I sent her that if she ever wished to continue to interview with me as a possible witness, she should do it through my attorney. She never got in touch with me ever since.

But my concern is the business of creating a perception about me at HR. If this is the goal of the incident, then they have surely succeeded in introducing an element of suspicion and doubt about me. I have nothing to do with their perception. I am a good Arab and a good Muslim, a person of a good moral character, very decent, dependable, and very respectful towards others, both men and women. It is worth noting that I had been previously assigned to a program of this kind with Mr. T. I did such a great job that the organizers requested me by name from Language Services. Mr. T had wished to be requested, too. But instead, another interpreter was assigned to work with me. I am sure he is aware of who was assigned, given that he has his network in LS and elsewhere.

In 2016, there was yet another incident with Meridian International Center. It had nothing to do with work. I have been volunteering to welcome our IVLP international visitors into our homes as part of the IVLP experience which aims to show our guests the American way of living. In fact, I have been doing this since 2004 and I have proof of how much I go through to make our visitors feel good in America. In this case, I had accepted a request sent to volunteers by Meridian International Center to host a few Saudi women for a dinner. I was, as usual, very happy to show these visitors the American way of life in my home in Dupont Circle, Washington DC. I bought food and beverages, cooked, cleaned my home, and prepared to welcome our esteemed visitors. I let Meridian International Center know that given that I am an Arabic speaker, I will not need interpreters and that other guests will also attend. Later on that early evening at the very time I was supposed to receive the visitors, Meridian International center staff started asking questions that cast doubt on my character and told me that the delegation

had cancelled. They later on told me that it was because I did not want an interpreter with the group. But I never said that. I told them no interpreters were necessary. In fact for home hospitality, it has been customary that hosts write to say that they do not need interpreters and their request gets accommodated. I found out later on that the interpreters were Mr. Rhida Krizi and Heba Kahler, the very interpreters mentioned above. I was devastated that my hospitality was not welcome, that Meridian would readily accommodate interpreters of the network of Mr. T, and that Meridian staff would so abhorrently shove me to the side, as though I was a piece of rubbish or a wild animal. Meridian International had to apologize to me later on after I submitted a complaint to ECA.

I also worry that because I have filed complaints, requested FOIA info, and an initiating a formal complaint, I will be subjected to wore scrutiny, like Marta Scaringi told me once: " I will have you under my watch".

Abdelhafid Missouri